# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

PEDRO SANTIAGO,

                    Plaintiff,

-vs-                                                  Case No.  6:05-cv-910-Orl-KRS

COMMISSIONER OF SOCIAL
SECURITY,

                    Defendant.
_____

## ORDER

        This cause came on for consideration without oral argument on the following motion filed

herein:

| | |
|---|---|
| **MOTION:** | **UNOPPOSED MOTION FOR ENTRY OF JUDGMENT WITH REMAND (Doc. No. 11)** |
| **FILED:** | **February 10, 2006** |

**THEREON** it is **ORDERED** that the motion is **GRANTED**.

        The Commissioner of Social Security requests that this matter be reversed and remanded to

the Social Security Administration for further proceedings under sentence four of 42 U.S.C. § 405(g)

for the following reasons:

        The administrative law judge (ALJ) will obtain updated medical records from the
        treating sources; and a consultative psychiatric evaluation with psychological testing;
        and a medical source statement about what Plaintiff can still do despite his impairment.
        The ALJ will also further evaluate the testimony of Plaintiff and his mother and make
        appropriate findings regarding their credibility.  Additionally, the ALJ will obtain
        testimony from a medical expert to evaluate the nature and severity of Plaintiff's
        impairment, and testimony from a vocational expert to determine the effects of the

non-exertional limitations on Plaintiff's capacity to perform his past work or other work.  The ALJ will also insure that all medical records contained in the transcript pertain to Plaintiff.   Finally, the ALJ will consider Plaintiff's application for Supplemental Security Income along with his application for disability insurance benefits.

Doc. No. 11 at 1.  Plaintiff Pedro Santiago does not oppose the motion.  *Id*. at 2.

Accordingly, it is **ORDERED** that the decision of the Commissioner is **REVERSED** and the case is **REMANDED** for further proceedings.  The Clerk of Court is directed to enter judgment consistent with this Order and, thereafter, to close the file.

**DONE** and **ORDERED** in Orlando, Florida on February 21, 2006

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties