**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**PEDRO SANTIAGO,**

            **Plaintiff,**

**-vs-**                                                    **Case No. 6:05-cv-910-Orl-KRS**

**COMMISSIONER OF SOCIAL SECURITY,**

            **Defendant.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **PETITION FOR AWARD OF ATTORNEY'S FEES, EXPENSES AND COSTS PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT 28 U.S.C. § 2412 (Doc. No. 14)** |
| **FILED:** | **May 24, 2006** |

**THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice for failure to comply with Middle District of Florida Local Rule 3.01(g).

Counsel may resubmit his petition with a proper 3.01(g) certification **on or before May 31, 2006.**

**DONE** and **ORDERED** in Orlando, Florida on May 25, 2006.

                                                          *Karla R. Spaulding*
                                                     KARLA R. SPAULDING
                                     UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Parties